IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

**MICHELE YVETTE MALONE,**

    **Petitioner,**

**v.**                                 **CIVIL ACTION NO. 1:04-0880**

**WARDEN DEBORAH HICKEY,**

    **Respondent.**

<u>**JUDGMENT ORDER**</u>

In accord with the Memorandum Opinion submitted herewith, the court hereby:

1.    **VACATES** the Standing Order (Doc. No. 2) referring this case to the magistrate judge as to this case only;

2.    **DISMISSES** petitioner's writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1); and

3.    **DIRECTS** the Clerk to remove this action from the court's active docket and to send a copy of this Judgment Order to all counsel of record and to the petitioner, pro se.

It is **SO ORDERED** this 13th day of July, 2006.

ENTER:

_David A. Faber_
David A. Faber
Chief Judge